IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Gary Philip DeNunzio, | Bankruptcy No.: 25-20348-GLT |
| Debtors, | |
| | Chapter 13 |
| Gary Philip DeNunzio, | |
| Movants, | |
| | Related to Document No. |
| v. | |
| Alexander Pepper, | |
| Respondent. | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

Alexander Pepper
1226 Spencer Avenue
Washington, PA. 15301

By:   /s/ David A Rice, Esq.
15 West Beau Street
Washington, PA   15301
ricelaw1@verizon.net
724-225-7270
PA   50329