IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Gary Philip DeNunzio,　　　　　　　　　　Bankruptcy No. 25-20348-GLT

    　　　　　　　Debtor,
    Gary Philip DeNunzio,　　　　　　　　　　Chapter 13

    　　　　　　　Movant
    　　　　　　　　　　　　　　　　　　　　　Related to Document No.
    Alexander Pepper,

    　　　　　　　Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated March 10, 2025, the 341 hearing notice and the Amendment to Schedule F by prepaid first class USPS on March 10, 2025 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1000 Liberty Ave.
Suite 1316
Pittsburgh, PA  15222

Alexander Pepper
1226 Spencer Avenue
Washington, PA. 15301

                                          /s/: David A Rice, Esq.
                                          Attorney for Debtors
                                          15 West Beau Street
                                          Washington, PA  15301
                                          PA ID # 50329
                                          Ricelaw1@verizon.net
                                          (724) 225-7270

Best Case Bankruptcy