FILED
7/1/25 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-20348 GLT |
| | ) | |
| Gary Phillip DeNunzio | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| Gary Phillip DeNunzio | ) | Related to POC #3 |
| | ) | |
| Movant(s) | ) | Doc. No. |
| vs. | ) | |
| Channel Partners Capital, LLC, and | ) | |
| Ronda Winnecour, Trustee | ) | Related to Docket No. 40 |
| Respondent(s) | ) | |

**CONSENT ORDER**

It is hereby agreed, by and among the Debtor, the Creditor and Ronda Winnecour, Chapter 13 Trustee as follows:

WHEREAS, the Debtor had intended to surrender the 2023 MMLJ Trailer to Channel Partners Capital, LLC Proof of Claim #3,

WHEREAS, Proof of Claim #3 has been filed as secured by a lien on title to the MMLJ Trailer in the secured amount of $20,000.00 and an unsecured amount of $50,371.57.

WHEREAS, the Debtor has marketed the property in the attempt to provide the Creditor with a higher return for the Trailer through various weekly advertising. The highest offer received is in the amount of $31,000, with no delivery fee to the purchaser.

WHEREAS, the Debtor, Creditor and Trustee agree that the sale to said purchaser is in the best interests of the Bankruptcy Estate,

WHEREAS, upon the sale of the Trailer and transfer of the title, the Creditor shall amend its Proof of Claim to an unsecured deficiency claim in the amount of $39,371.57,

The Transfer of the Title shall be accomplished in the following sequence;

1. The Creditor will request a paper title for the vehicle from the proper state department
2. The Creditor will overnight the title to the purchaser at: Matt Britcher, 9708 Wall Gene, South Lyon, MI 48178
3. The Debtor will deliver the trailer to the purchaser and execute the transfer of title subject to the lien of the Creditor
4. The purchaser will wire funds in the amount of $31,000.00 to the Creditor in accordance with directions to wire provided by the Creditor
5. Upon verification of funds by the Creditor, the Creditor will overnight a notarized letterhead lien release to the purchaser.

So ORDERED, this ____ 1st Day of July 2025                    ___.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtor


/s/   Owen Katz
Owen Katz, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
Attorney for Chapter 13 Trustee


/s/ Jeffrey Lothert
Jeffrey Lothert, Bankruptcy Specialist
Channel Partners Capital, LLC
10900 Wayzata Blvd., Suite 300
Minnetonka, MN 55305

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20348-GLT |
| Gary Philip DeNunzio | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gary Philip DeNunzio, 705 Manifold Road, Washington, PA 15301-9605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Gary Philip DeNunzio ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Gary Philip DeNunzio lowdenscott@gmail.com |

TOTAL: 5