FILED
4/21/26 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Gary Philip DeNunzio | ) | Bankruptcy No. 25-20348 GLT |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 57 |
| No Respondent | ) | |
| Respondent(s) | ) | |

## <u>ORDER OF COURT</u>

AND NOW, this __21st Day of April, , 2026, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $11,310.46, of which $11,245.00 are attorney fees and $65.46 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,000.00. This award covers the period from 1/13/2025 to 3/12/2026.

Therefore, the Application in its face amount of $6,310.46 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $6,310.46 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between January 13, 2025 and March 12, 2026 in the amount of **$6,245.00** and expenses in the amount of **$65.46** for a total of **$6,310.46**. The total award of compensation for services to date is **$11,245.00** and expenses in the amount of **$65.46** for a grand total in the amount of **$11,310.46.**

Prepared by: Scott R. Lowden

BY THE COURT,

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-20348-GLT

Gary Philip DeNunzio                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID                        Recipient Name and Address**
db                        +  Gary Philip DeNunzio, 705 Manifold Road, Washington, PA 15301-9605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name                        Email Address**

David A. Rice
                        on behalf of Debtor Gary Philip DeNunzio ricelaw1@verizon.net  lowdenscott@gmail.com

Matthew Fissel
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                        on behalf of Debtor Gary Philip DeNunzio lowdenscott@gmail.com

TOTAL: 5